# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT, BOND/DETENTION HEARING/PRELIMINARY EXAM

**Case No.:  3:22cr00001**                              **Date:  1/26/2022**

| **Defendants:** | **Counsel:** |
|---|---|
| **Markel Corevis Morton, custody** | **Bernadette Donovan, cja** |

PRESENT:  JUDGE:  Joel C. Hoppe, USMJ  TIME IN COURT:  11:40-11:54=14 min

Deputy Clerk:  Karen Dotson
Court Reporter:  Karen Dotson, Zoom
U. S. Attorney:  Heather Carlton
USPO:  Brittany Davis & Sara Morehead
Case Agent:  not present
Interpreter:  n/a

## INITIAL APPEARANCE AND BOND HEARING

☒ Initial Appearance.  Defendant(s) advised of charges, rights and nature of proceedings.
☒ Government moves to unseal case.  Court grants motion.
☒ Defendant requests appointment of counsel.  Court inquires as to the dft's financial status. Counsel appointed and present today
☐ Bond hearing held.  Record proceedings, witnesses, etc
☐ Government does not oppose bond.
☐ Defendant(s) not eligible for bond because state reasons not eligible.
☐ Bond set at Amount, type, i.e., secured, unsecured, property, cash, corporate surety.
☒ Deft. notified of right to consular notification under the Vienna Convention.

## DETENTION

☒ Government moves for detention. (Can be continued for up to 3 days)
☐ Government moves for continuance of detention hearing.
☐ Defendant(s) moves for continuance of detention hearing.  (Can be continued for up to 5 days)
☐ Detention hearing continued to KEYBOARD().
☐ Detention hearing held.  Record proceedings, witnesses, etc
☐ Findings of Fact:

## ARRAIGNMENT

☒ Defendant(s) waives reading of Indictment/Information.     ☐ Indictment/Information read.
☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | | 1-5 | | |

☒       Jury trial set for 3/31/22 at 9:30 AM in Charlottesville before Hon. Moon .
☐       Pretrial conference set for Pretrial conference date.
☒       Defendant(s) remanded to custody.
☐       Defendant(s) released on bond.


Additional Information:
All parties present by Zoom
Dft consents to proceed by video
Dft states he is 22 yoa
Dft does not request release on bond at this time
DFt remanded to USM custody