IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CRIMINAL MINUTES - GUILTY PLEA HEARING

Case No.: 3:22CR00001-001          Date: September 8, 2022

**Defendant:** Markel Corvis Morton (Custody)          **Counsel:** Bernadette M. Donovan (CJA)

PRESENT:  JUDGE:                Norman K. Moon        TIME IN COURT: 2:18 – 2:38 pm (20 mins)
          Deputy Clerk:         Carmen Amos
          Court Reporter:       Lisa Blair
          U. S. Attorney:       Heather Carlton & Ron Huber
          USPO:                 Jake Fletcher, covering for Jasmine Davis
          Case Agent:           Mark Belew, FBI/TFO
          Interpreter:          N/A

**PROCEEDINGS:**

☒ Consent to Proceed by Video Conference form executed and filed. Defendant voluntarily consents to participate in this hearing via videoconferencing.
☐ Waiver of Indictment filed.
☐ Information filed.
☒ Plea Agreement filed electronically with Court on 9/7/2022 at Dkt. 129.
☐ Defendant advised of right to have U. S. District Judge accept plea. Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
☒ Defendant re-arraigned as to Counts 5 & 6 of the First Superseding Indictment.
☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
☒ Court accepts plea of guilty.
☒ Guilty plea form executed and filed.
☒ Government summarizes evidence to support plea and rests. Statement of Facts filed electronically with the Court on 9/7/2022 at Dkt. 130.
☒ Court finds defendant guilty as charged in Counts 5 & 6 of the First Superseding Indictment.
  OR
☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | 5 & 6 of the 1st SSI | | | |

☒ Court orders Presentence Report.
☐ Copy of Presentence Report not requested.
☐ Defendant to remain on bond.
☒ Defendant remanded to custody.
☒ Sentencing hearing scheduled for December 12, 2022 at 10:00 a.m. in Charlottesville before Judge Moon.

Additional Information:
* ALL PARTIES WERE PRESENT VIA ZOOM VIDEOCONFERENCE, INCLUDING DEFENDANT WHO IS IN CUSTODY AT CVRJ.