IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

9/8/2022

LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

UNITED STATES OF AMERICA

v.                                          Criminal Action No. 3:22CR00001-001

MARKEL CORVIS MORTON

In the presence of Bernadette M. Donovan, my counsel, who has fully explained the charges contained in the Superseding Indictment against me, and having received a copy of the Superseding Indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to said Superseding Indictment and Count(s) __5 AND 6__ thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_____
Signature of Defendant

September 8, 2022
Date

_____
Witness

RECEIVED

SEP 07 2022

CENTRAL VIRGINIA REGIONAL JAIL
RECORDS DEPARTMENT